Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Jason Walter Cable _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br> -v- <br><br> See Attached _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 21-112 _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No <br><br> RECEIVED <br> JAN 27 2021 <br> CLERK U.S. DISTRICT COURT <br> WEST. DIST. OF PENNSYLVANIA |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

####   A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jason Walter Cable |
| Street Address | 525 Washington Ave. Apt #4 |
| City and County | Carnegie   Alleghewy |
| State and Zip Code | PA.   15106 |
| Telephone Number | 412-916-2458 |
| E-mail Address | Cablej2082@gmail.com |

####   B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

See Attached.

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* JASON WALTER CABLE , is a citizen of the State of *(name)* PENNSYLVANIA .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s) ( SEE ATTACHED.)

a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a ~~corporation~~ STATE.

          *OFFICE OF.*

          *SERVICES . INCOME MAINTE*

The defendant, *(name)* Dept of Health + Human , is incorporated under

the laws of the State of *(name)* Pennsylvania , and has its

principal place of business in the State of *(name)* Pennsylvania Government.

· Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    *     Please see Attached.

---

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

    *     Please See Attached.

---

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    *     Please see Attached

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _1-27-2021_

Signature of Plaintiff    _Jason W. Cable_

Printed Name of Plaintiff    _JASON W. CABLE_

**B.      For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Pro Se 1 (Rev. 12/16) Complaint For A Civil Case

3.) The Amount in Controversy

The amount in Controversy — the amount the Plaintiff Claims the defendant owes on the amount at stake — is more than $75,000, not Counting interest And costs of Court, because (explain):

The Amount in question is past due. Wages in The amount of $100,486.50 The amount calculated is based on a start (denial) date 12-8-2018 ending To The last Pay date of 12-25-2020. These Figures come From our Collective Bargaining Unit SEIU 668 Pay group 6 level 8 Wages. Our Union Contracts Ran From

1.) 07-01-2016 TO 06-30-2019.
2.) 07-01-2019 TO 06-30-2023

* The Following Pages Give A detailed description of how The Information Was Translated to The demanded dollar Amount on The JS-44.

(Pg 4 of 5)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Jason W. Cable_

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Pro Se 1 (Rev 12/16) Complaint For Civil Case

III.) Statement of Claim

( Defendant(s).  )   ( PG # 1   )

1) Theresa D. miller.
   Secratary of Health + Human
   Scruices

   → A.) Listed as required
       For Department Head For.
       The State of Pennsyluanias
       Health + Human Scruices.
   → B) Sent email on 4/2020 04-19-20
       For new statement.
2) Pam Snyder
   Member of The House - P.A

   A) Sent Two certified
   letters to her Place of
   business

       1. 113 Thorton Road
       Brownsville PA. 15417
       → ( No response )

(OVER PG.)

Pro Se 1 (Rev 12/16). Complaint For A Civil CASE

III.) Statement of Claim

| Defendants |                    (PG#2.)

( Defendant No #2 )

How. Pam Snyder
Member of The House - PA.
~~203 Trvis.~~

A) Certified letter. USPS.
1.) Sent on ( 11-5-2019.)
TO : 113 Thorton Road.
Brownsville, PA 15417

2.) Undeliverable : US Postal
carrier left message.
on (11-7-2019)

3.) Undeliverable (12-21-2019)
US Postal carrier went
back out.

4.) 12-26-2019 - Postal carrier made attempt

5.a) 1-06-2020 - Final Attempt.
By The USPS carrier

6.) MADE A physical Attempt
By Going To her Physical
Brownsville PA. Address.
LAte November 2019
with my youngest SoN.
Skyler Cable.

7.) MAde several CALLS iN
November 2019.

(OUCH) →
continued. →

Pro Se 1 (Rev 12/16) Complaint For A Civil Case

III.) Statement of Claim.

Defendants

Defendant No 8 | No. #12

12) 12) Schwia Nelson | Human Resource Analys
PA office of Administration |
Bureau of Talent Acquistion
veterans Preference. And.
Referral section
513 Finance Building |
613 North Street | Harrisburs
PA 17120

A.) Received emailed From 12-15-20
My inquest to the state.
civil service commission For.
reinstatement. (referral From mr.
Wallace). — 1.) Needed to Reapply.
With. The Allegheny County Assistance

- Specifically Human Resources office. To notify them my desire to be reinstated.

2) Additional Lemanics Addressed. For me to apply for Currently posted Imcw positions at www.employment.pa.go

3) Another statement in the body of the email you may apply to Any internal postings for which reinstatement is listed as a recruitment. method on the Job posting.

Prose 1 (Rev 12/16) Complaint for Civil Case

III) STATEMENT OF CLAIM

Defendants: (Continued ) (Pg #3) Pg #3

3.) PATRICK. S STEFANO
Senate. District #32 PA

A.) Letter. was sent.
Via USPS Certified. Letter.

B.) Spoke to his Aid. in.
his 171 West Crawford.
Avenue. 2nd. Floor.
Connellsville, PA. 15425
Office. November 2019
The. Aid Advised. me.
"That Senator. Stefano's office
Could not Assist. me With.
My Request because I needed.
To Work with The H.R office.
of BTM→ Concerning Policy + Procedure."

Ashley Siemawski
Allegheny county Customer
Service Center (CSC).

A) Sent Application email
on ~~07/26 2020~~ 09/2019

B) Received Notification.
on 3/22/2020 That
There was hiring Freeze,
~~at the Cost~~ No Further
explanation was Received.

(over) ?

(continued) →

Pro Se 1 (12/16) Complaint For civil case

III.) STATEMENT OF CLAIM.

Defendant(S)   no #5.

5.) Jeffeney T. Wallace
Executive Director / PA state civil service.   commission

A.) Failed TO Adhere TO
The Policies SET FOR by
The state OF PA.

B.) Certified letter SENT 12-8-2020
STATING REINSTATEMENT.
A) Response Received. 12-15-2020
From The RA-cs-challenges@pa.gov
email Address STATING That IT
MAY TAKE. 15-20 business days.
B) Received. A Response
From Jenna Nelson 12-15-2020
Human Resource ANALYST.
PA OFFICE OF Administration/
Bureau OF Talent Acquisition
Veterans Preference And.
Referral Section/.

REFER. TO DEFENDANT. (#13.)

B.)  | JENN A NELSON. |

(PLUS ALL.)  All. ITEMS LISTED including
TO MS NELSON IN THE DETERMINATION
FACTOR. ⟶

A)  PLUS THE FOLLOWING WAS  Recorded.
    SCSC.

STATE
CIVIL
SERVICE
TEST.

⟶  1.)  3/2019      100 on THE  IMCW TEST
⟶  2.)  03/2019    10 point veteran
    3.)  WAS RESIDENT OF FAYETTE
    4.)  AT THE Time OF interview

INCOME
MAINTENANCE
WORKER.
TEST.

    4.)  WAS. A. RESIDENT AT
         THE Time. FOR. Alleghens
         position too.

(C)  BARBARA BURTON.
     CENTRAL UNIT. Harrisburg
1)  05/30/2019  Application 07/2019  NOT Filling The
    Swen jobs.com           position.
    email to.
2)  06 /03/2019  Call For interview.  AT THIS Time
3)  06 /05/2019. Phone Call | Talked.  Barb Line Harrisburg.
4)  06 /15/2019. Physical interview /Harrisburg At
5.) 06 /28/2019. Phone. call (myself) TO See Results

Pro Se 1 (Rev 12/16) Complaint for Civil case

(Defendants.)

(a) Jill PASAK.

Director Warner center Intake

A) Spoke To her
11/2018 About The
re-instatement Letter
needed, She Advised.
Me At The Time in
The Hallway at The
Warner center on The
Second FL, That "She
doesn't make That.
decision", That decision
goes Through HR."
* I Would need. To.
speak To Them."

Pro Se 1 (12/16) Complaint For A Civil Case,

III.) Statement of Claim.

(Defendants) (#7)

7) Alice Eiszler
Human Resources Officer #2.
Allegheny County Assistance Office
PGh, PA. 15222

(12-4-2018)

A.) Received email from my.
Request. That was sent
For Reinstatement on.
11-27-2018, Stating my.
Accomplishments with.
The Dept of Human Services
~~& The~~

B.) "The" Response,"
" We Currently do not.
have, any openings at.
The Allecheny office and.
The hiring Process has.
Changed"; you can reapply.
at.      1.) www. governmentjobs. com.
(OR)   2.) www. scsc. gov

C.) ON 05/06/2020
Reached BACK out to MS.
Eiszleh in An email
Addressising Additional TALK
Points. TO The Reinstatement
Process, Specially The dis coherence
of Policy From TO The Adherence
of Said Things That has
been in place. FOR Almost
100 years.

D.) Received response on
06/04/20. restating heh.
Position. And What The.
Agencies policies were.
in Said Matters.

Pro Se 1. (12/16.) Complaint For a

(OVER)

Civil Case

III.) STATEMENT OF Claim

Defendants (#8)

8). Patricia Steinkopf
   Human Resources.
   Allegheny County Assistance Office.

   (11-21-2018)
A) Lindsey And myself went
   To 301 Fifth Ave 3rd Fl.
   Pgh, PA 15222, To
   Inquire What was Needed.
   For reinstatement. Ms.
   Steinkopf Advised me
   "To Draft an email letter
   Stating my Acomplishments.
   With the office of Income
   Maintenance - Dept. of Human.
   Services.

B.) 11-27-2018 - Email was
    Sent, To Ms. Steinkopf
    And Ms. Eiszler listing.
    Several of Acomplishments to.
    The Department And Thanked.
    Them For Their Time.

C.) On 12-3-2018 went back down to 301 Fifth Ave 3rd Fl Pgh PA 15222 (the HR Dept) to ascertain the status of my he instatement. MS. Steinkope notified me at the door "that a response will be forth coming via email or mail.

D.) On 12-04-2018 received said notification, that "The Allegheny County Assistance office has no openings + the process has changed. And applicants apply on-line." That I needed to apply to either.

1.) www.employment.pa.gov
2.) www.scsc.pa.gov

* The orginal email was sent from. MS. Eis?leh. HR officer #2 ~ Allegheny Assistance office → MS Steinkope was CC on this.

(OVER)

Pro se 1 (12/16) COMPLAINT FOR A Civ. CASE

II.) STATEMENT OF CLAIM

Defendants

Defendant. #9.    BARBARA DUNTON
                  SUPERVISOR CENTRAL UNIT
                  OFFICE OF INCOME MAINTENANCE
                  HARRISBURG PA. 1710(

A.)
    1.) 05/31/2019      Application was.
                        sent gov't jobs.com

    2.) 06/03/2019      email to.
                        cables2082 @.
                        gmail.com
                        FOR Interviews
                        to call her

    3) 06/05/2019       Phone call.
                        From myself.
                        TALKed about
                        Payroll Harrisburg
                        555 Walnut St.

4) 06/15/2019    Physical interview
                 with Harrisburg, Pa.
                 555 Walnut St.

5) 06/28/2019    Phone call in
         A.)     Follow up to
                 see the results
                 for start
                 date.

         B.)     Of said conversation
                 that they were
                 not hiring at this
                 time.

PRO Se 1. (Rev 12/16) Complaint for Civil CASE

III.) Statement of Claim

(Defendant #10)

A.) Christine Rowan
HR Director Office of Income
Maintenance — Fayette Co Office

1.) 08/02/2019        Personal email.
cables 2082 cgmail.com
Thanking me for
my time in the
interview process.
The IMCW Position
with Dept of
Human Services.
Dept. "Please,
be Advised, Another
candidate has
been selected.

2.) 08/02/2019        my personal
response via.
email. Thanking.
her for her. time,

(over 2) →

Pro Sel (Rev. 12/16) Complaint for a civil case

III.) STATEMENT OF CLAIM.

(DEFENDANT # 11.)

11.) LISA CONNORS                    (
Administration ASSISTANT
FAYETTE COUNTY. ASSISTANCE.
OFFICE.

A.) 07/09/2019. - email sent.
That She attempted
to Reach me
FOR AN interview.
(email was Sent Twice)

B.) 07/26/2019- I sent An.
email About.
The Second posting
With the FAYETTE.
OFFICE FOR The
Now. Processing Center
(PC) Position. ms
Connors Responded yes.

C.) 09/09/2019. AFTER APPLYING FOR THE WOW. PC POSITION MS CONNORS NOTIFIED (VIA EMAIL) "THAT ANOTHER QUALIFYING RECRUITMENT WAS USED."

D.) 09/19/2019 Received EMAIL
   (1) NOTIFICATION STATING SHE WAS THANKFUL FOR MYSELF PARTICIPATING IN THE INTERVIEW PROCESS FOR THE IMCW FAYETTE - Processing Center (PC) POSITION- WITH DEPARTMENT OF HUMAN RESOURCES"

   2) SAME EMAIL STATING "THAT ANOTHER CANDIDATE HAS been SELECTED TO FILL THIS POSITION

Pro Se 1 (Rev. 12/16) Complaint For A Civil Case

IV) Reliefs.

The following is A list of
belief measures, I Jason Cable
the plaintiff is asking the court
to remedy.

1) Lost wages (12-03-18 to 12-31-20
    $100,486.50

2) Reinstatement of
   employment as a Income
   maintenance worker with
   the Allegheny office of
   Income maintenance.

3) Reinstatement of seniority
   with said collective bargaining
   Unit, SEIU 668.

4) Reinstatement into
   payroll 6/8 level

5) General damages.
   (unspecified Dollar Amount)

6) Exemplary Damages.
   (unspecified dollar Amount)
                    (Pg 4 of 5.)

Pro Se 1 (Rev 12/16) Complaint for a civil case

IV.) Relief   (pg#2 / Continued)

EXPLANATION !

1.) Lost wages are dated pro-rated
by a projected start date.
With a new payroll period
beginning ~~Saturda~~ Sunday the
2nd, with a start date
of Monday December 3rd,
2018. This is derived from
The initial onset of discussions
and physical activity with
The office of income maintenance
dated, 11-21-2018, when
myself and my daughter
went to Piatt Place, downtown
Pittsburgh to discuss what
was needed for re-instatement.
This was the start to this ongoing.

(2, 3 and 4.) is a follow up to
Explanation 1.

Process that has continued
To this date.

Pro Se 1 (Rev 12/16.) Complaint For a civil case

IV) Relief      (Pg #3 / Contianed)

(Explanation Continued)

Sent. A Certified letter Via.
USPS on December The 8th To.
The State Civil service commission's
Director Jeffery T. Wallace
regarding my re-instatement. ~~Bristol~~
~~4 PA Code 101.54~~. Received
a response via email on.
12-21-2020 That my Challenge
To re-instatement For my.
Civil service position was
Successfully submitted and
That A response will be Forth Coming
within. 15-20 Business days.
To This date of This Complaint
I have not heard anything
From. Their office in regards
To The Status of my inquiry.

Pro Se ( (12/16) Complaint For A civil case,

IV) Relief.          (PG#4 / continued)

On 12-31 2020. I received A response
From A Frederick WALTZ From
Aw Application dated. A prior mounth,
IT STated. THAT "preferences. Are.
being given TO residents. OF
THAT. COUNTY" And THAT my name.
is NOT being reffered. To The
hiring Agency. AT This. Time."
IN. over TWO. And HALF. years.
I have sent over SIXTY FIVE.
APPLICATIONS And. Within. THAT.
TIME. I have consistency
received. These. kind. OF responses
within The Same inconsistent
responses. Within. The commonwealth STATE OF PA.
Even With a. 110 point. Score
I was notified. by. The FAYETTE.
COUNTY. assistance OFFICE. on 08/02/20.
After a Successful. Completed interview.
And resident. AT The. Time., AN.
email sent. To MY. cabies 2082@gmail.com
Stated. That Another. Candidate
had. been. Selected. to Fill The

(31) Need Le written

Pro Se 1 (Rev 12/16) Complaint For a civil case

IV). Relief                    ( PG # 5 /Continued)

position." Then The Fayette county office advertised They were Seeking IMCW candidates on (08/06/2019, →) ~~than advertised office of Income~~ ~~assistance~~

→ only Then to Receive Another email communication (After I Re-applied, That posting), → ~~that~~ was Not Being Filled At This Time. These same Procedures was also presented From The Allegheny assistance office on Several occassions in 2020. I have worked Tirelessly in my Attempt. To rectify These problems. With out The Courts. intervention into the matter, unclear. to me. how or why The misunderstandings Took Place. in my Reinstatement

Pro Se | (12/16) Complaint for a civil case

IV) Relief.                    (PG# 6 /Continued)

between. The individuals of.
power, The Agencies They represent.
including our elected officials.
to which The People, our
voice, particularly mine was
silenced. These failures in
governance. have real world.
consequences, including harm.
to myself, which included
eviction from my home,
loss of my chip, physical.
ailments and homelessness
to name A few, Its my.
sincere hope That The Courts
will temper, prudence
and justice in my claims.
for said. relief.

                Thank you.

                Jonn W. Ceille

Seiu
Contract
Review

# TiME LiNE.
## Pay Periods

2.50% (7-2018)
$25.05  06
$ 37.5  15
        2018

Appendix A (CBA #49) (Sec. A)

## New. Pay. Period form..

6-16-2018.          (New).  (P.P.)
6-30-2018           (New).  (P.P.)

07-14-2018.  ←  ⊕ (2.5% Raise) ⊕
07-28-2018.             (Seiu contract.)
                          $ 25.65 hrly

08-11-2018.
08-25-2018.          Absent. From.
                     Employ ment.

09-08-2018.
09-22-2018.

10-06-2018.
10-20-2018.

11-03-2018.
11-17-2018          H.R. (Reinstatement Period.)   Beginning
                    ⊕ (Staff. Speculative. Date)
12-01-2018          12-03-2018  new Pay Period
12-⊕-15-2018.
12-29-2018          Ⓐ  New Pay Period
                        From the 1st

(12-1$-2018.)  ( $  Fir Pay Computed)
                  W ($25.65 (75hr)
         (Gross)  $  1,923.75.  )

Time Line

PAY Periods

12/2018 - 02/30/2019

| | |
|---|---|
| 12-28-2018 | $ 1,923.75 |
| 01-11-2019 | $ 1,923.75 |
| 01-25-2019 | $ 1,923.75 |
| 02-08-2019 | $ 1,923.75 |
| 02-22-2019 | $ 1,923.75 |
| 03-08-2019 | $ 1,923.75 |
| 03-22-2019 | $ 1,923.75 |
| 04-05-2019 | $ 1,923.75 |
| 04-19-2019 | $ 1,923.75 |
| 05-03-2019 | $ 1,923.75 |
| 05-17-2019 | $ 1,923.75 |
| 05-31-2019 | $ 1,923.75 |
| 06-14-2019 | $ 1,923.75 |
| 06-28-2019 | $ 1,923.75 |

* $25.65 (30) = $ 26.42 (37.5) (75)

| | |
|---|---|
| 07-12-2019 | $ 1,981.50 |
| 07-26-2019 | $ 1,981.50 |
| 08-09-2019 | $ 1,981.50 |
| 08-23-2019 | $ 1,981.50 |
| 09-06-2019 | $ 1,981.50 |
| 09-20-2019 | $ 1,981.50 |

(3)

Time, Line
Pay Periods.
10/2019 - 06/2020

| | |
|---|---|
| 10-04-2019 | $ 1,981.50 |
| 10-18-2019 | $ 1,981.50 |
| 11-01-2019 | $ 1,981.50 |
| 11-15-2019 | $ 1,981.50 |
| 11-29-2019 | $ 1,981.50 |
| 12-13-2019 | $ 1,981.60 |
| 12-27-2019 | $ 1,981.50 |

JAN 2020

| | |
|---|---|
| 01-10-2020 | $ 1,981.50 |
| 01-24-2020 | $ 1,981.50 |
| 02-07-2020 | $ 1,981.50 |
| 02-21-2020 | $ 1,981.50 |
| 03-06-2020 | $ 1,981.50 |
| 03-20-2020 | $ 1,981.50 |
| 04-03-2020 | $ 1,981.50 |
| 04-17-2020 | $ 1,981.50 |
| 05-01-2020 | $ 1,981.50 |
| 05-15-2020 | $ 1,981.50 |
| 05-29-2020 | $ 1,981.50 |
| 06-12-2020 | $ 1,981.50 |
| 06-26-2020 | $ 1,981.50 |

Time Line
PAY Periods,
07/2020 - 12/2020

| | |
|---|---|
| 07-10-2020 | $ 1,981.50 |
| 07-24-2020 | $ 1,981.50 |
| 08-07-2020 | $ 1,981.50 |
| 08-21-2020 | $ 1,981.50 |
| 09-04-2020 | |
| 09-18-2020 | $1,981.50 |
| * 10-01-2020 (2.5.) | $26.95 (75%) |
| 10-02-2020 | |
| 10-16-2020 | * $ 2021.25 |
| 10-30-2020 | $ 2021.25 |
| 11-13-2020 | $ 2021.25 |
| 11-27-2020 | $ 2021.25 |
| 12-11-2020 | $ 2021.25 |
| 12-25-2020 | $ 2021.25 |

Pay Rate Biweekly $ 1,923.75
$ 1,923.75 ( 14 )

TOTAL : $ 26,932.50

Pay Rate Biweekly $ 1,981.50
$ 1,981.50 ( 31 )

TOTAL : $ 61,426.50

Pay Rate Biweekly $ 2021.25
$ 2021.25 ( 6 )

TOTAL : $ 12,127.50

Grand Total : $ 100,486.50

## Time Line / Wages

(PG# 42)(Article #20 ) SEIU 668  07-01-2019.

(PG# 43)                           06-30-20

07-01-2018   (2.5) %

07-01-2019   (3.0%) %

10-01-2020   (2.0) %

10-01-2021   (2.5) %

10-01-2022   (2.5) %

Case 2:21-cv-00112-NR  Document 1-1  Filed 01/27/21  Page 38 of 38